UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:25-cv-24210-CMA

RACHEL HERRERA

    Plaintiff

VS.

NCL (BAHAMAS) LTD., a Bermuda Company
d/b/a NORWEGIAN CRUISE LINE,

    Defendant(s)      /

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission pro hac vice of Ronald Armstrong, II of the law firm of The Armstrong Firm, PLLC, 109 Yoalana St., Suite 210, Boerne, Texas 78006, Tel: (210) 277-0542, for purposes of appearance as co-counsel on behalf of Plaintiff Rachel Herrera in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Ronald Armstrong, II to receive electronic filings in this case, and in support thereof states as follows:

1.    Ronald Armstrong, II is not admitted to practice in the Southern District of Florida but is a member in good standing of the State Bar of Texas.

2.	Movant, Christopher Minias of The Minias Law Firm, 1401 Lee Road, Suite 205, Orlando, Florida 32810, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.

3.	In accordance with the local rules of this Court, Ronald Armstrong, II has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.	Ronald Armstrong, II, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to rwaii@tafpllc.com.

WHEREFORE, Movant, Christopher Minias, moves this Court to enter an Order permitting Ronald Armstrong, II to appear before this Court on behalf of Plaintiff Rachel Herrera, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Ronald Armstrong, II at rwaii@tafpllc.com.

Date: October 9, 2025

Respectfully submitted,

**THE MINIAS LAW FIRM**

*/s/ Christopher Minias*

Christopher Minias / FBN: 1037176
Chris@miniaslaw.com
850 Concourse Parkways S.
Suite 200
Maitland, Fl 32751

ATTORNEYS FOR PLAINTIFF
RACHEL HERRERA

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:25-cv-24210-CMA

RACHEL HERRERA

    Plaintiff

VS.

NCL (BAHAMAS) LTD., a Bermuda Company
d/b/a NORWEGIAN CRUISE LINE,

    Defendant(s)    /

**CERTIFICATION OF RONALD ARMSTRONG, II**

Ronald Armstrong, II, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of State Bar of Texas & The Western District of Texas; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

**THE ARMSTRONG FIRM, PLLC**

*/s/ Ron Armstrong, II*
Ron Armstrong, II / TBN: 24059394
rwaii@tafpllc.com
109 Yoalana St., Suite 210
Boerne, Texas 78006
210.277.0542 / 210.277.0548 (f)

# Certificate of Good Standing

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

I, PHILIP J. DEVLIN, Clerk of the United States District Court, Western District of Texas, DO HEREBY CERTIFY that Ronald W. Armstrong, II, Bar #24059394, was duly admitted to practice in said Court on February 01, 2011, and is in good standing as a member of the bar of said Court.

Signed at San Antonio, Texas on September 11, 2025.



PHILIP J. DEVLIN, Clerk

BY: _____

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:25-cv-24210-CMA

RACHEL HERRERA

    Plaintiff

VS.

NCL (BAHAMAS) LTD., a Bermuda Company
d/b/a NORWEGIAN CRUISE LINE,

    Defendant(s)                    /

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Ronald Armstrong, II, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that:

The Motion is GRANTED. Ronald Armstrong, II, may appear and participate in this action on behalf of Rachel Herrera. The Clerk shall provide electronic notification of all electronic filings to Ronald Armstrong, II, at rwaii@tafpllc.com.

    DONE AND ORDERED in Chambers at _____, Florida, this ___ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record