**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-24210-CIV-ALTONAGA**

**RACHEL HERRERA**,

    Plaintiff,
v.

**NCL (BAHAMAS) LTD.**,

    Defendant.
_____/

**ORDER**

THIS CAUSE came before the Court on the Motion to Appear *Pro Hac Vice* for Shamrez A. Ali, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [ECF No. 8]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Shamrez A. Ali may appear and participate in this action on behalf of Rachel Herrera. The Clerk shall provide electronic notification of all electronic filings to Shamrez A. Ali at ali@aliinjurylaw.com.

**DONE AND ORDERED** in Miami, Florida, this 10th day of October, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record