**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-24210-CIV-ALTONAGA**

**RACHEL HERRERA**,

     Plaintiff,
v.

**NCL (BAHAMAS) LTD.**,

     Defendant.
_____/

**ORDER**

THIS CAUSE came before the Court on the Motion to Appear *Pro Hac Vice* for Ronald Armstrong, II, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [ECF No. 6]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Ronald Armstrong, II may appear and participate in this action on behalf of Rachel Herrera. The Clerk shall provide electronic notification of all electronic filings to Ronald Armstrong, II at rwaii@tafpllc.com.

**DONE AND ORDERED** in Miami, Florida, this 10th day of October, 2025.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record